IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICKEY JEFFERSON 2ND, | No. 4:22-CV-1961 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| KEITH DICKINSON, | |
| Defendant. | |

## ORDER

**JANUARY 28, 2025**

Plaintiff filed the instant action in December 2022, and it was jointly assigned to the undersigned and to a magistrate judge.[1] Upon designation, a magistrate judge may "conduct hearings, including evidentiary hearings, and . . . submit to a judge of the court proposed findings of fact and recommendations."[2] Once filed, this report and recommendation is disseminated to the parties in the case who then have the opportunity to file written objections.[3]

In September 2024, Defendant Keith Dickson filed a motion for summary judgment.[4] In December 2024, Plaintiff sent a letter to this court which reads: "I ask that the court dismiss my case cause Im no longer able to litigate this case on my own cause I dont have the legal knowledge to respond to the summary judgment

---

[1] Complaint, Doc. 1.
[2] 28 U.S.C. 636(b)(1)(B).
[3] 28 U.S.C. 636(b)(1).
[4] Motion for Summary Judgment, Doc. 48.

motion that is currently pending."[5] Magistrate Judge Martin C. Carlson, to whom this matter is jointly assigned, issued a report and recommendation recommending that the letter be deemed a motion to voluntarily dismiss the case, that the motion should be granted, and that the case should be dismissed.[6] No objections to the report and recommendation were filed.

The Court has conducted a de novo review here and found no error; I agree that Plaintiff's letter should be deemed as a voluntary dismissal and the case dismissed.

**AND NOW, IT IS HEREBY ORDERED** that:

1. Magistrate Judge Carlson's Report and Recommendation (Doc. 57) is **ADOPTED** in full;

2. Plaintiff Rickey W. Jefferson 2nd's Letter to the Court (Doc. 56) is deemed a motion to voluntarily dismiss the case, and the motion to voluntarily dismiss the case is **GRANTED**; and

3. The Clerk is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[5] Letter to the Court re: dismissal of case from Rickey Jefferson, Doc. 56.
[6] Report and Recommendations, Doc. 57.